Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Central__ District of __Illinois__

__Civil__ Division

APR 1 9 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dallas Jones
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Sangamon County Jail
Larry Beck
Cheryl L Williams
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Dallas Jones
All other names by which you have been known: N/A
ID Number: # 135986
Current Institution: Sangamon County Jail
Address: #1 Sherriff Plaza
Springfield, IL 62701
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Sangamon County Jail
Job or Title *(if known)*: Penal Facility
Shield Number: Unknown
Employer: City of Springfield / Sherriff Dept
Address: #1 Sherriff Plaza
Springfield, IL 62701
City / State / Zip Code
[X] Individual capacity  [ ] Official capacity

Defendant No. 2
Name: Sherriff Jack Campbell
Job or Title *(if known)*: Sangamon County Sherriff
Shield Number: Unknown - Corporation
Employer: Sangamon County, Illinois
Address: #1 Sherriff Plaza
Springfield, IL 62701
City / State / Zip Code
[X] Individual capacity  [X] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Officer Curry
Job or Title (if known): Classification officer
Shield Number: Unknown
Employer: Sangamon County Jail
Address: #1 Sherriff Plaza
Springfield    IL    62701
City    State    Zip Code

[X] Individual capacity    [X] Official capacity

Defendant No. 4
Name: City/county Springfield
Job or Title (if known): City-county municipality
Shield Number: Unknown
Employer: U.S.A.
Address: #1 Sherriff Plaza
Springfield    IL    62701
City    State    Zip Code

[ ] Individual capacity    [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st, 2nd, 4th, 8th, 14th

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* legal documents (copies of claim) destroyed

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Sangamon County Jail

Said defendants, to date, deny gloves and or masks, consistently to ensure precautions; Do not require social distancing not other pandemic mandates by the state/local governments refused to test plaintiff despite repeated requests/complaints underlining symptoms of Covid-19; To date Sangamon County inmates Dallas Jones has/will continue to suffer harm; That despite repeated notices in advance, said parties diliberately disregard risk to Jones; Plaintiff's complaints, grievances, and repeated requests for medical treatment and remedies are met with retaliatory, vindictive or malicious treatment by defendants; that plaintiff plea to this court for injuctive relief including immediate placement out of the custody of the Sangamon County Jail into a medical facility/or home confinement.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    C.    What date and approximate time did the events giving rise to your claim(s) occur?

10-2020 To Date

    D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Defendants failed to provide adequate conditions of confinement; denied adequate remedies; denied medical care; despite advance notice → continued 5 of 11

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff Suffers; Mental/emotionally to date; Suffered weeks of Pain/suffering covid symptoms; suffered (to date) malicious retaliation due to grievances/complaints denied medical treatments to date

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Immediate Injunctive relief - compensatory Relief - One million dollars

See VI Relief continued over → 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Sangamon County Jail_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes _Retaliatory/unconstitutional_

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes _Refused/denied/threatened_

☒ No _to cease filing complaints_

☐ Do not know

If yes, which claim(s)?

_Retaliated against me_

* D- Defendants continue indifference to injuries/harm, IE, Risk(s)

* VI Relief-

T.R.O. Injunctions; Release from custody due to defendants failure to provide adequate conditions of confinement; pain/suffering; Violations of due process. No remedy lawfully exist; Has/is continuing irreperable suffering; despite advance notices to defendants plaintiff is a pre-trial detainee, in the custody of the sherriff dept. for "alleged gun charges related offenses" "Innocent until proven guilty." Plaintiff request expedited hearing/ T.R.O. and telephonic conference with court for further notice of requisit relief pleading!

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes  Rec'v'd Retaliation

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.  If you did file a grievance:

1. Where did you file the grievance?

   Sangamon County Jail

2. What did you claim in your grievance? Conditions of confinement Retaliations denied med care/Covid Testing; assaul(s) by Staff/Inmates

3. What was the result, if any? Retaliation Denied Remedies

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* Advance Written/Verbal Notices; State Court Motions for Safe Keeping Family, Mental Health Staff, etc.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

    N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    Gave Multiple Advance Notices of Complaints (See exhibits)

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.   Plaintiff Has/Will Continue To suffer irreparable Harm as No Lawful Remedy exist/or Available

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Page 8 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   N/A
   Defendant(s)   N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition.   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☒ No   In Preperation

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)    N/A
   Defendant(s)   N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes
   ☒ No
   If no, give the approximate date of disposition   am preparing other claims

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-28-22

Signature of Plaintiff: *Dallas Jones*
Printed Name of Plaintiff: Dallas Jones
Prison Identification #: #135986
Prison Address: #1 Sherriff Plaza
Springfield, IL 62701

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address



# City of Springfield, Illinois

Frank J. Lesko
FOIA Officer
300 S. Seventh St., Room 106
Springfield, Illinois 62701

(217)789-2216    CityClerk@cwlp.com

Friday, April 1, 2022

Dallas Jones

1 Sheriffs Plaza

Springfield. IL, 62701

Dear Dallas Jones,

**Thank you for your request for information pursuant to the Illinois Freedom of Information Act, 5 ILCS 140/1 et seq.**

**On 4/1/2022, you requested the following documents:**

*global history, covid policy, all 50 pages of Inmate Incident reports, all 50 pages of medical records*

**Your request is denied for the following reasons:**

*\* 5 ILCS 140/7(1)(a) General usage for 7(1)(a) citations not covered in Juvenile rulings.*

*PLEASE IGNORE THE "CITATIONS NOT COVERED IN JUVENILE RULINGS" ABOVE. THAT SENTENCE IS AUTOMATICALLY GENERATED BY OUR FOIA PROGRAM. INSTEAD, PLEASE REVIEW THE INFORMATION BELOW.*

*The Sangamon County Sheriff's Department may have responsive documentation. Please contact them for related records.*
You have a right to have the denial of your request reviewed by the Public Access Counselor (PAC) at the Office of the Illinois Attorney General. 5 ILCS 140/9.5(a).

You can file your Request for Review with the PAC by writing to:

> *Public Access Counselor*
> *Office Of The Attorney General*
> *500 South Second Street*
> *Springfield, Illinois 62706*
> *Fax: 217-782-1396*
> *publicaccess@atg.state.il.us*

You also have the right to seek judicial review of your denial by filing a lawsuit in the State Circuit Court (5 ILCS 140/11).
If you choose to file a Request for Review with the PAC, you must do so within 60 calendar days of the date of this denial letter. 5 ILCS 140/9.5(a). Please note that you must include a copy of your original FOIA request and this denial letter when filing a Request for Review with the PAC.

Sincerely,

*Patrick Howk*

FOIA Officer,

FOIA# 26448

```
76      3/30/2022   Green
           Route:
KCN-SANGAMON COUNTY
    SHERIFFS DEPT
         Customer:
           14910
            POS:
   3 N G / G-10 / G-10B


       Machine Code:
    20212927-100226021

FastTrack   Number of Tickets:
BY LIGHTSPEED        1 of 1
```

```
88       4/6/2022    Purple
           Route:
KCN-SANGAMON COUNTY
    SHERIFFS DEPT
         Customer:
           14910
            POS:
   3 N G / G-10 / G-10F


       Machine Code:
    20275356-100226187

FastTrack   Number of Tickets:
BY LIGHTSPEED        1 of 1
```

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Dallas Jones | COURT CASE NUMBER: |
| DEFENDANT: Sangamon County Jail et.al | TYPE OF PROCESS: Civil |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: City of Springfield Illinois "A Municipal Co.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): #1 Sherriff Plaza Springfield IL 62701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dallas Jones #135986
#1 Sherriff Plaza
Springfield, IL 62701

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 4
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

#1 Sherriff Plaza
Springfield IL 62701

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE:

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date:
Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

Dallas Jones #135986
#1 Sherriff Plaza
Springfield, IL 62701

Legal Mail

US District Court
600 East Monroe
Springfield, IL 62701

